Submitted August 27, 2009, affirmed March 3, 2010

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KELLEY PATRICK REED,
*Defendant-Appellant.*

Union County Circuit Court
F10857; A137718

227 P3d 770

Peter Gartlan, Chief Defender, Appellate Division, and Ryan T. O'Connor, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Brewer, Chief Judge, and Riggs, Senior Judge.

PER CURIAM

Affirmed. *State v. Thompson*, 231 Or App 193, 217 P3d 697 (2009).